# UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ALFRED DE LA CRUZ,<br><br>    Defendant. | Case No. 1:19-po-00299 SAB<br><br>**DEFENDANT'S SECOND AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

  PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

  **Convicted of:**  36 C.F.R. Section 2.35(b)(2)

  **Sentence Date:**  February 20, 2020

  **Review Hearing Date:** June 25, 2020

  **Probation Expires On:** August 19, 2020

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $290.00 which Total Amount is made up of a Fine: $ 250.00    Special Assessment: $ 10.00    Processing Fee: $30.00    Restitution: $

☒  Payment schedule of $ 75.00 per month by the 15th of each month.

☐  **Community Service hours Imposed of:**

☐  **Other Conditions:**

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described-above.

  **Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                         Amount:

☐  To date, Defendant has performed Click here to enter text. hours of community service.

☐  Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at    Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 6/8/2020      ___Karen L. Lynch_____
                                              DEFENDANT'S COUNSEL

DATED: 6/8/2020      _____//s//_ William Taylor_____
                                              WILLIAM TAYLOR
                                              Assistant United States Attorney

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **June 10, 2020**               _____
                                                UNITED STATES MAGISTRATE JUDGE